IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ellison Jr, Porter

Printed: 12/28/07

Case Number:  06 B 01578
Judge:  Wedoff, Eugene R

Filed:  2/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 15, 2007
Confirmed: April 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,800.00 |  |
| Secured: |  | 16,080.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 809.20 |
| Trustee Fee: |  | 910.00 |
| Other Funds: |  | 0.00 |
| Totals: | 17,800.00 | 17,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 809.20 | 809.20 |
| 2. | Select Portfolio Servicing | Secured | 19,816.80 | 13,146.85 |
| 3. | Consumer Finance Corporation | Secured | 7,185.95 | 1,622.00 |
| 4. | Cook County Treasurer | Secured | 1,701.11 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 42,566.76 | 1,311.95 |
| 6. | United Collection Bureau Inc | Unsecured | 127.24 | 0.00 |
| 7. | Consumer Finance Corporation | Unsecured | 1,257.53 | 0.00 |
| 8. | Consumer Finance Corporation | Unsecured | 167.32 | 0.00 |
| 9. | NCO Financial Systems | Unsecured | 120.44 | 0.00 |
| 10. | Household Financial Corporation | Secured |  | No Claim Filed |
| 11. | Fingerhut | Unsecured |  | No Claim Filed |
| 12. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 13. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 14. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 17. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 21. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 22. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 23. | Worldcom Wireless | Unsecured |  | No Claim Filed |
| 24. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 25. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Ellison Jr, Porter | Case Number:  06 B 01578 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  2/21/06 |

$ 73,752.35          $ 16,890.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 308.00 |
| 5% | 110.00 |
| 4.8% | 384.00 |
| 5.4% | 108.00 |
| | $ 910.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____